1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| INNOVATIVE AUTOMATION LLC, | Case No.  5:11-CV-03412 LHK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO LOCAL RULES 3-12 AND 7-11 |
| v. | |
| ACUTRAK, INC., | |
| Defendant. | |

1 | The Court, having considered the Administrative Motion to Relate Cases ("Motion") filed by Acutrak, Inc. and submissions and argument made by the parties in connection with the Motion GRANTS the motion, and ORDERS as follows:

The following cases are deemed related: *Innovative Automation LLC v. Acutrack, Inc.*, Case No. 11-CV-03412-LHK, and *Rimage Corp. v. Innovative Automation LLC*, Case No. 11-CV-04224-DMR.

Dated: October 19, 2011

*Lucy H. Koh*
Judge Lucy H. Koh

---

1
[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO RELATE CASES
5:11-CV-03412 LHK